UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: GRAND JURY SUBPOENA

Case No. 3:24-mj-844 (RMS)

**<u>NON-DISCLOSURE ORDER</u>**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding that the provider identified below ("Provider"), being an electronic communication service provider and/or a remote computing service, may not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the grand jury subpoena identified below ("Subpoena"), until February 19, 2026, absent further order by the Court.

| <u>Provider</u> | <u>Subpoena</u> |
|---|---|
| Apple Inc. | N-24-1-168 (57) |

The Court determines that there is reason to believe that notification of the existence of the Subpoena, which has not been reviewed by the Court, will seriously jeopardize the investigation, including by giving subjects of the investigation an opportunity to flee prosecution, destroy or tamper with evidence, and change patterns of behavior.  *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena until February 19, 2026, (hereinafter, the "Non-Disclosure Date"), absent further order by the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

It is so ordered this 19th day of February 2025, at New Haven, Connecticut.

February 19, 2025
_____  _____
Date                                    HON. ROBERT M. SPECTOR
                                        United States Magistrate Judge